# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| CHRISTOPHER ROBIN CORREA,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 82839 |
| CHRISTOPHER ROBIN CORREA,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 82840 |

**FILED**

MAY 21 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

These are appeals from judgments of conviction. Second Judicial District Court, Washoe County; Lynne K. Simons, Judge.

Appellant's counsel has filed notices of voluntary withdrawal of these appeals. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing these appeals including that appellant cannot hereafter seek to reinstate these appeals, and that any issues that were or could have been brought in these appeals are forever waived. Having been so informed, appellant consents to a voluntary dismissal of these appeals. Cause appearing, we

ORDER these appeals DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

---

[1]Because no remittitur will issue in these matters, *see* NRAP 42(b), the one-year period for filing post-conviction habeas corpus petitions under NRS 34.726(1) shall commence to run from the date of this order.

21-14646

cc:   Hon. Lynne K. Simons, District Judge
      Washoe County Public Defender
      Attorney General/Carson City
      Washoe County District Attorney
      Washoe District Court Clerk